# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DAVID EUGENE WING, <br><br> Defendant. | Case No. CR 21-16-GF-BMM <br><br> **ORDER AMENDING CONDITIONS OF PRETRIAL RELEASE** |

Defendant David Eugene Wing, having filed a Motion to Amend Pretrial Release Conditions; IT IS HEREBY ORDERED that Paragraph (7(o)) from the Order Setting Conditions of Release be checked to permit Mr. Wing to attend inpatient treatment. (Doc. 11).

DATED this 8th day of April, 2021.

_____
Brian Morris, Chief District Judge
United States District Court