# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID EUGENE WING,<br><br>Defendant. | Case No. CR 21-16-GF-BMM<br><br>ORDER ALLOWING VIDEO APPEARANCE |

Defendant David Eugene Wing, having filed a Motion for Witnesses to Appear Via Video for Sentencing Hearing, there being no objection from the Government; IT IS HEREBY ORDERED that the Defendant's sentencing witnesses may appear at the Sentencing Hearing via video, (specifically, Zoom), which is scheduled for Wednesday, February 23, 2022, at 2:30 p.m. Defense counsel will contact the Clerk of Court for the Zoom link.

DATED this 22nd day of February, 2022.

_____
Brian Morris, Chief District Judge
United States District Court